THE ORD FIRM, P.C.
James K. Ord, III (USB 14007)
PO Box 16266
Salt Lake City, UT 84116
Telephone: (435) 214-1433
Email: james@UtahADALaw.com
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Trevor Kelley,<br><br>              Plaintiff,<br>v.<br><br>Burlington Coat Factory Warehouse Corporation d.b.a. Burlington,<br><br>              Defendant. | Case No.: 2:17-cv-00967-EJF<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Assigned to Magistrate Judge Evelyn J. Furse |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i) and DUCivR 54-1(b) and (d), Plaintiff, Trevor Kelley, hereby voluntarily dismisses this Action with prejudice, with each Party to bear their own fees and costs.

**RESPECTFULLY** submitted on this 11th day of December 2017.

/s/ *James K. Ord, III*
JAMES K. ORD, III, ESQ.
P.O. Box 16266
Salt Lake City, UT 84116
Telephone: (435) 214-1433
Email: james@utahADAlaw.com
*Attorney for Plaintiff*

2

## CERTIFICATE OF SERVICE

   I hereby certify that on this 11th day of December 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and caused a true copy of the foregoing document, NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE, to be served via e-mail upon the following recipients:

Matthew S. Kenefick
Jeffer Mangels Butler & Mitchell LLP
Two Embarcadero Center, 5th Floor
San Francisco, CA 94111
(415) 984-9677
Email: MKenefick@JMBM.com
*Attorney for Defendant*

*/s/ Lisa Stamper\**
(*\* I certify that I have the signed original of this document*
*which is available for inspection during normal business*
*hours by the Court or a party to this action)*